**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 5, 2022 |
| **USA v. Donnae Barlow** | **Case Number:** 22-04427MJ-002-PCT-CDB |

**Assistant U.S. Attorney:** Wayne Venhuizen for Dimitra Hotis Sampson
**Attorney for Defendant:** Roberta J. McVickers, CJA
**Interpreter:** N/A
**Defendant:** ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody**  ☐ **Summons**  ☐ **Writ**

**INITIAL APPEARANCE**
☒ Complaint Filed   **Date of Arrest: December 2, 2022**
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Roberta J. McVickers, CJA, on behalf of the defendant for Flagstaff proceedings only. (nunc pro tunc 12/2/22)
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is   ☒ Granted  ☐ Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Detention Hearing and Status Hearing regarding Preliminary Hearing** set for Wednesday, December 7, 2022 at 10:15 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

**Recorded By** Courtsmart                                      IA    7 min
**Deputy Clerk** Christina Davison
                                                                                       **Start: 10:42 am**
                                                                                       **Stop:  10:49 am**